**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**5:06CR62-RLV**
**(5:12CV175-RLV)**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | **SCHEDULING ORDER** |
| | ) | |
| **DAVID CHRISTOPHER CASTLE** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on an Order of Remand, filed October 29, 2013, from the Fourth Circuit Court of Appeals remanding the case to the district court for reconsideration of the motion to vacate sentence in the above captioned matter, in light of United States v. Miller, No. 13-6254, 2013 WL4441547 (4TH Cir. 2013) allowing the district court to consider the Government's position that relief is warranted.

In accordance with the Fourth Circuit's mandate, filed on October 29, 2013, the Court filed an Order on January 16, 2014, (Doc. No. 40) granting the Defendant's Motion To Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255, (Doc. No. 3) in case 5:12CV175, filed November 16, 2012.

**IT IS, THEREFORE, ORDERED** that**:**

The Bureau of Prisons and the United States Marshals Service is hereby ORDERED to transport and produce the body of DAVID CHRISTOPHER CASTLE (USM# 21079-058), for re-sentencing on April 21, 2014, before the Honorable Richard L. Voorhees, in the Western District of North Carolina, Statesville Courthouse, 200 West

Broad Street, 2nd Floor Courtroom, Statesville, North Carolina, not later than March 14, 2014, and upon completion of the re-sentencing hearing, Defendant is to be returned to the custody of the Bureau of Prisons.

The Clerk is directed to certify copies of this Order to the United States Attorney, Defendant's Counsel, the United States Marshal Service, and the United States Probation Office.

**IT IS SO ORDERED.**

Signed: January 24, 2014

Richard L. Voorhees
United States District Judge